| | |
|---|---|
| 1 | BURKE, WILLIAMS & SORENSEN, LLP |
|   | Richard J. Reynolds, Bar No. 89911 |
| 2 | rreynolds@bwslaw.com |
|   | Rafael R. Garcia-Salgado, Bar No. 283230 |
| 3 | rgarcia@bwslaw.com |
|   | 1851 East First Street |
| 4 | Suite 1550 |
|   | Santa Ana, CA  92705-4067 |
| 5 | Telephone:    949.863.3363 |
|   | Facsimile:     949.863.3350 |

**FILED & ENTERED**

**OCT 01 2018**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY ghaltchi   DEPUTY CLERK

Attorneys for Creditor
TROJAN CAPITAL INVESTMENTS, LLC

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re | Case No.  2:18-bk-14618-NB |
| ENRIQUE SALDANA LOMELI aka ENRIQUE SALDANA, | Chapter Number:  13 |
| Debtor, | **ORDER GRANTING SECURED CREDITOR TROJAN CAPITAL INVESTMENTS, LLC'S MOTION TO DISMISS** |
| | Date:        September 27, 2018 |
| | Time:       8:30 a.m. |
| | Dept:        1545 |

///

///

///

///

///

///

///

///

///

Having considered the unopposed *Motion to Dismiss* filed by TROJAN CAPITAL INVESTMENTS, LLC on August 28, 2018 as Docket No. 45 (the "Motion"), and good cause appearing, the Court

HEREBY ORDERS as follows:

1. The Motion is GRANTED in its entirety.
2. Debtor Enrique Saldana Lomeli is DISMISSED as of the date of this order.

**IT IS SO ORDERED.**

*** END OF ORDER ***

###

Date: October 1, 2018

_Neil W. Bason_
Neil W. Bason
United States Bankruptcy Judge